UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND,

                              Plaintiffs,

-against-

BENSON CLEANING SERVICE, INC.,

                              Defendant.

NO. _____

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for The Trustees of the UNITE HERE National Health Fund certifies that the UNITE HERE National Health Fund has no corporate parents, subsidiaries or affiliates.

_____August 15, 2007_____             _____/s/ Mark Schwartz_____
         Date                                            Mark Schwartz, Esq. MS - 0148