UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND,
                                             Plaintiff,

-against-

BENSON CLEANING SERVICE, INC.,
                                             Defendant.

AFFIDAVIT OF SERVICE
07 CIV. 7876 (JGK)

STATE OF NEW YORK         )
                          ) ss.
County of New York        )

Sabrina Brooks, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

2. On October 23, 2007, I served the Defendant herein with a copy of the Default Judgment by causing a true copy of said Motion papers addressed to the Defendant at 26119 State Route 1, Guilford, Indiana 47022 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 5767 and regular mail.

_____
Sabrina Brooks

Sworn to, before me, this 23rd day of October 2007.

_____
MICHELE REID
Notary Public, State of New York
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011