**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND,

        Plaintiff,                                     Case No. 07 CIV 7876 (JGK)

        -against-                                      AFFIDAVIT OF SERVICE

BENSON CLEANING SERVICE, INC.,

        Defendant.
-----------------------------------------------------------X

STATE OF OHIO         )
        S.S.:
COUNTY OF HAMILTON   )

        GARY NEVILLE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 13th day of September, 2007, at approximately the time of 4:30 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT upon BENSON CLEANING SERVICE, INC. at 26119 State Route 1, Guildford, Indiana, by personally delivering and leaving the same with GARY BENSON who informed deponent that he holds the position of Owner of that company and is authorized by law to receive service at that address.

        GARY BENSON is a white male, approximately 66 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 190 pounds with gray hair wearing glasses.

_____
GARY NEVILLE

Sworn to before me this
19 day of November, 2007

_____
NOTARY PUBLIC

MARK W. LAWSON
Notary Public, State of Ohio
My Commission Expires
September 27, 2011

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com