AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Trustees of the UNITE HERE National Health Fund,,
  Plaintiff,

-against-

Benson Cleaning Service, Inc.,
  Defendant.

**APPEARANCE**

Case Number:  07 CIV 7876 (JGK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Trustees of the UNITE HERE National Health Fund

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4-22-08 | *(signature)* |
| Date | Signature |
| | David C. Sapp, Esq.                              DS 5781 |
| | Print Name                                       Bar Number |
| | 730 Broadway |
| | Address |
| | New York        NY           10003-9511 |
| | City             State        Zip Code |
| | (212) 539-5576              (212) 780-4125 |
| | Phone Number                Fax Number |