UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND,
                      Plaintiff,

-against-

BENSON CLEANING SERVICE, INC.,
                      Defendant.

AFFIDAVIT OF SERVICE
07 CIV. 7876 (JGK)

STATE OF NEW YORK    )
                              ) ss.
County of New York    )

Sabrina Brooks, being duly sworn, deposes and says:

    1.    I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

    2.    On April 23, 2008, I served the Defendant herein with a copy of the Notice of Appearance by David C. Sapp, Esq. by causing a true copy of said Motion papers addressed to the Defendant at 26119 State Route 1, Guilford, Indiana 47022 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 5237 and regular mail.

                                                    _____
                                                    Sabrina Brooks

Sworn to, before me, this 24th day of April 2008.

_____
MICHELE REID
Notary Public, State of New York
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011