UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND,
                              Plaintiff,

-against-

BENSON CLEANING SERVICE, INC.,
                              Defendant.

**AFFIDAVIT OF SERVICE**
**07 CIV. 7876 (JGK)**

STATE OF NEW YORK    )
                                ) ss.
County of New York    )

Sabrina Brooks, being duly sworn, deposes and says:

1.    I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

2.    On April 24, 2008, I served the Defendant herein with a copy of the Notice of Dismissal by causing a true copy of said Motion papers addressed to the Defendant at 26119 State Route 1, Guilford, Indiana 47022 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 5251 and regular mail.

                                                                   Sabrina Brooks

Sworn to, before me, this 24th day of April 2008.

_Michele Reid_

MICHELE REID
Notary Public, State of New York
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011