```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND,
                                             Plaintiff,

-against-

BENSON'S CLEANING SERVICE, INC.,
                                            Defendant.

NOTICE OF DISMISSAL
07 CIV. 7876 (JGK)

SIRS:

    **PLEASE TAKE NOTICE** that the Trustees of the UNITE HERE National Health Fund (hereinafter, the "Plaintiff"), having commenced the within proceeding by filing the Summons and Complaint on September 7, 2007 and a copy of the Summons and Complaint having been served on Benson's Cleaning Service, Inc. (hereinafter, the "Defendant"), and no answer or motion for Summary Judgment having been served by the Defendant, and it being the Plaintiffs' intention to voluntarily dismiss this action without prejudice;

    **THEREFORE**, pursuant to the provisions of Rule 41 (a) of the Federal Rules of Civil Procedure, the within action is hereby voluntarily dismissed without prejudice.

Dated: April 23, 2008
         New York, New York

                                            David C. Sapp, Esq. - DS-5781
                                            Attorney for Plaintiff
                                            730 Broadway, 9th Floor
                                            New York, New York 10003-9511
                                            (212) 539-5576

**SO ORDERED:**

_____
John G. Koeltl
U.S. District Court Judge
4/24/08